**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BARBARA BERNARD, individually and
on behalf of others similarly situated,

                Plaintiff,

      -against-                            1:25-cv-08449 (JAV)

                                          **Notice of Dismissal**
                                          **Without Prejudice**

THE NIELSEN COMPANY (US), LLC,

                    Defendant.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Barbara Bernard hereby dismisses this action without prejudice.

Dated: October 29, 2025

                                      Respectfully Submitted,

                                      s/ Timothy J. Sostrin
                                      Timothy J. Sostrin
                                      Keogh Law, LTD
                                      55 W. Monroe St, Suite 3390
                                      Chicago, IL 60603
                                      312-726-1092/312-726-1093(f)
                                      TSostrin@KeoghLaw.com